UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

| | | |
|---|---|---|
| ELAINE L. CHAO, | ) | |
| Secretary of Labor, | ) | FILE NO. |
| United States Department of Labor, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ZHA, INC.; RICHARD ZIPPERLY, | ) | |
| an Individual; WENDY ROBY, | ) | |
| an Individual; and the ZHA, INC. | ) | |
| 401(k) PLAN AND TRUST | ) | |
| | ) | |
| Defendants. | ) | |

## CONSENT JUDGMENT AND ORDER

Plaintiff, Secretary of Labor, United States

Department of Labor, pursuant to her authority under

§§ 502(a)(2) and 502(a)(5), 29 U.S.C. §§ 1132(a)(2) and

1132(a)(5), of the Employee Retirement Income Security Act

of 1974, as amended, 29 U.S.C. § 1001 et seq., ("ERISA") has

filed a Complaint against Defendants ZHA, Inc.; Richard

Zipperly, an Individual; Wendy Roby, an Individual; and the

ZHA, Inc. 401(k) Plan and Trust.  Defendants and the

Secretary have agreed to resolve all matters in controversy

in this action except for the imposition by Plaintiff of any

penalty pursuant to ERISA § 502(l), 29 U.S.C. § 1132(l), and

1

any proceedings related thereto, and said parties do now
consent to entry of a Judgment and Order by this Court in
accordance herewith.

    A.   The Secretary's Complaint alleges that
Defendants ZHA, Inc.; Richard Zipperly; and Wendy Roby
breached their fiduciary duties with respect to the ZHA,
Inc. 401(k) Plan and Trust (the "Plan") by failing to
discharge their duties under the Plan and by violating
provisions of §§ 403, 404 and 406 of ERISA, 29 U.S.C.
§§ 1103, 1104 and 1106, as set forth in the Complaint.

    B.   Defendants admit to the jurisdiction of the
Court over them and over the subject matter of this action.
Defendants admit that this Court has the authority to
enforce this Order and that this Court is the most
appropriate venue for any enforcement action which may be
required as a result of this Order.

    C.   Defendants admit each and every allegation in
the Complaint.

    D.   Defendants expressly waive any and all claims
of whatsoever nature that they have or may have against the
Secretary, or any of her officers, agents, employees, or
representatives, arising out of or in connection with the

filing, prosecution, and maintenance of this civil action or any other proceeding and investigation incident thereto.

E.   This Order represents a complete settlement of all the Secretary's claims asserted in this action against Defendants with the exception of any potential civil money penalties that may assessed under § 502(l) of ERISA, 29 U.S.C. § 1132(l).  The penalty under Section 502(l) is equal to 20 percent of the "applicable recovery amount" as that term is defined by ERISA.  The parties agree that the "applicable recovery amount" is the amount specified in paragraph 5, below.  This Order is not binding upon any government agency other than the U.S. Department of Labor and only resolves claims arising out of this action as between the Secretary and Defendants.

F.   The Secretary and Defendants expressly waive Findings of Fact and Conclusions of Law, except as otherwise set forth and addressed herein, and consent to the entry of this Order as a full and complete resolution of all claims and issues which were, or might have been, alleged in this action without trial or adjudication of any issue of fact or law raised in the Complaint.

Accordingly, it is **ORDERED ADJUDGED AND DECREED**

that:

1.   The Court has jurisdiction over the parties to this Order and the subject matter of this action and is empowered to provide the relief herein.

2.   Defendants ZHA, Inc.; Richard Zipperly; and Wendy Roby, their agents, servants, employees and all persons in active concert or participation with them be and they hereby are permanently enjoined and restrained from violating the provisions of Title I of ERISA.

3.   Defendant Richard Zipperly be and he hereby is permanently enjoined from acting as a fiduciary, trustee, agent, or representative in any capacity to any employee benefit plan, as defined by ERISA.

4.   As a result of their fiduciary breaches, Defendants have caused the Plan losses of $101,144.18, plus interest on those funds of $34,667.80 through September 14, 2007 calculated at the applicable Internal Revenue Code section 6621 Rate, for which they are jointly and severally liable.

5.   Defendants shall restore to the Plan the sum of $101,144.18, plus interest on those funds of $34,667.80 through September 14, 2007, by re-allocating the account

4

balances of the following individuals, pro rata, based upon their ownership interest in Defendant ZHA:  Mike Bitner, Andy Brooks, Santiago Fernandez, Jay Frizzell, Jimmy Goff, Frederick Mellin, Andrew Murray, and Richard Zipperly.  The restitution shall be re-allocated to the accounts of all the participants and beneficiaries and former participants and beneficiaries whose accounts were affected by Defendants' failure to comply with ERISA.  In the event that Defendants fail to make restitution in the amount ordered, post judgment interest shall be assessed against any remaining unpaid balance of such amount, in accordance with 28 U.S.C. § 1961, from the date hereof until paid in full.

     6.   By their signatures below, Defendant Zipperly and Messrs. Bitner, Brooks, Fernandez, Frizzell, Goff, Mellin, and Murray agree to allow any participant interest they may have in any existing or future assets of the Plan to be applied as an offset against the amounts that the Plaintiff has alleged are due to the Plan, as authorized by ERISA § 206(d)(4).  The Plan document is hereby deemed amended to permit the distribution and offset of Bitner, Brooks, Fernandez, Frizzell, Goff, Mellin, Murray, and Defendant Zipperly's participant interest, as provided

herein.  A full executed copy of this Consent Judgment and Order shall be maintained by the Plan administrator with all other documents and instruments governing the Plan.

7.  By their signatures below, Donne Bitner, Jo Ellen Brooks, Susan Fernandez, Kathleen Frizzell, Chris Goff, Cheryl Mellin, Rose Marie Murray, and Clare Zipperly, the spouses of Messrs. Bitner, Brooks, Fernandez, Frizzell, Goff, Mellin, Murray, and Defendant Zipperly, waive any claims that they may have for their spouse's benefits under the Plan with respect to their spouse's account, which will be redistributed to other participants, and acknowledge that they understand that:

a.  the effect of such consent may be to forfeit the benefits that they would be entitled to receive upon their spouse's death;

b.  their spouse's waiver is not valid without their consent; and

c.  their consent is irrevocable upon the entry of this Order.

8.  Once the corrective actions required in this Consent Judgment and Order are complied with, the Secretary is required to assess a civil penalty pursuant to ERISA

§ 502(l), 29 U.S.C. § 1132(l).  The penalty under § 502(l)
is equal to 20 percent of the "applicable recovery amount"
as that term is defined by ERISA.  The parties agree that
the "applicable recovery amount" are the principal and
interest amounts specified in paragraph 5, above.

      9.   Defendants ZHA and Zipperly shall provide to
Plaintiff, through the Employee Benefits Security
Administration, Miami District Office, 8040 Peters Road,
Suite H-104, Plantation, Florida 33324-4029, an accounting
of the asset offset and re-allocation to the Plan
participants and beneficiaries once the Plan assets are, in
fact, re-allocated.  The accounting shall include the
amounts offset from the Plan accounts of Bitner, Brooks,
Goff, Fernandez, Frizzell, Mellin, Murray, and Zipperly, and
the amounts re-allocated to the Plan participants and
beneficiaries.

      10. This Consent Judgment resolves all claims of
Plaintiff's Complaint with the following exceptions:

a.    This Judgment does not adjudicate or otherwise affect any potential civil money penalties that may be assessed under § 502 (l) of the Act;

b.    This Judgment does not affect or bind any governmental agency other than the United States Department of Labor; and

c.    This Court retains jurisdiction for purposes of enforcing compliance with the terms of this Consent Order and Judgment.

11.   Each party shall bear its own costs and expenses, including attorneys' fees, arising in connection with any stage of the above-referenced proceeding including but not limited to, attorneys' fees which may be available under the Equal Access to Justice Act, as amended.

**SO ORDERED** this 25th   day of September, 2007.


_____

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

8

Defendants consent to
entry of the foregoing
Judgment:


ZHA, INC.

By:_____
     RICHARD ZIPPERLY
     President


_____
RICHARD ZIPPERLY


_____
WENDY ROBY


_____
JIM McILRATH

GrayRobinson, P.A.
301 East Pine Street
Suite 1400
P.O. Box 3068
Orlando, FL   32802-3068
Telephone:  407/843-8880
Facsimile:  407/244-5690
Attorneys for Defendants

 Plaintiff moves for
entry of the foregoing
Judgment:


JONATHAN L. SNARE
Acting Solicitor of Labor
_____
STANLEY E. KEEN
Regional Solicitor


THOMAS C. SHANAHAN
Counsel

By:_____
     KAREN E. MOCK
     Senior Trial Attorney

Office of the Solicitor
U.S. Department of Labor
61 Forsyth Street, S.W.
Room 7T10
Atlanta, GA   30303
Telephone:  404/302-5435
Facsimile:  404/302-5438
Attorneys for Plaintiff

9

**CONSENTS:**

      Mike Bitner hereby consents to entry of this Order, and specifically consents to the terms set forth in paragraph 7 of the Order.


                           _____

                           MIKE BITNER

State of _____
County of _____

SWORN TO and SUBSCRIBED before me this
_____day of August, 2007.

_____
Notary Public
My Commission Expires:_____   (SEAL)


      Donne Bitner, wife of Mike Bitner, hereby consents to entry of this Order, and specifically consents to the terms set forth in paragraph 7 of the Order.


                           _____

                           DONNE BITNER

State of _____
County of _____

SWORN TO and SUBSCRIBED before me this
_____day of August, 2007.

_____
Notary Public
My Commission Expires:_____   (SEAL)

**CONSENTS CONTINUED:**

Andy Brooks hereby consents to entry of this Order, and specifically consents to the terms set forth in paragraph 7 of the Order.

_____

ANDY BROOKS

State of _____
County of _____

SWORN TO and SUBSCRIBED before me this _____day of August, 2007.

_____

Notary Public
My Commission Expires:_____   (SEAL)


Jo Ellen Brooks, wife of Andy Brooks, hereby consents to entry of this Order, and specifically consents to the terms set forth in paragraph 7 of the Order.

_____

JO ELLEN BROOKS

State of _____
County of _____

SWORN TO and SUBSCRIBED before me this _____day of August, 2007.

_____

Notary Public
My Commission Expires:_____   (SEAL)

**CONSENTS CONTINUED:**

       Santiago Fernandez hereby consents to entry of this Order, and specifically consents to the terms set forth in paragraph 7 of the Order.


_____
       SANTIAGO FERNANDEZ

State of _____
County of _____

SWORN TO and SUBSCRIBED before me this
_____day of August, 2007.

_____
Notary Public
My Commission Expires:_____   (SEAL)


       Susan Fernandez, wife of Santiago Fernandez, hereby consents to entry of this Order, and specifically consents to the terms set forth in paragraph 7 of the Order.


_____
       SUSAN FERNANDEZ

State of _____
County of _____

SWORN TO and SUBSCRIBED before me this
_____day of August, 2007.

_____
Notary Public
My Commission Expires:_____   (SEAL)

12

**CONSENTS CONTINUED:**

Jay Frizzell hereby consents to entry of this Order, and specifically consents to the terms set forth in paragraph 7 of the Order.


_____
JAY FRIZZELL

State of _____
County of _____

SWORN TO and SUBSCRIBED before me this
_____day of August, 2007.

_____
Notary Public
My Commission Expires:_____    (SEAL)



Kathleen Frizzell, wife of Jay Frizzell, hereby consents to entry of this Order, and specifically consents to the terms set forth in paragraph 7 of the Order.


_____
KATHLEEN FRIZZELL

State of _____
County of _____

SWORN TO and SUBSCRIBED before me this
_____day of August, 2007.

_____
Notary Public
My Commission Expires:_____    (SEAL)

**CONSENTS CONTINUED:**

Jimmy Goff hereby consents to entry of this Order, and specifically consents to the terms set forth in paragraph 7 of the Order.

_____
JIMMY GOFF

State of _____
County of _____

SWORN TO and SUBSCRIBED before me this
_____day of August, 2007.

_____
Notary Public
My Commission Expires:_____   (SEAL)

Chris Goff, wife of Jimmy Goff, hereby consents to entry of this Order, and specifically consents to the terms set forth in paragraph 7 of the Order.

_____
CHRIS GOFF

State of _____
County of _____

SWORN TO and SUBSCRIBED before me this
_____day of August, 2007.

_____
Notary Public
My Commission Expires:_____   (SEAL)

**CONSENTS CONTINUED:**

Frederick Mellin hereby consents to entry of this Order, and specifically consents to the terms set forth in paragraph 7 of the Order.


_____
FREDERICK MELLIN

State of _____
County of _____

SWORN TO and SUBSCRIBED before me this
_____day of August, 2007.

_____
Notary Public
My Commission Expires:_____    (SEAL)



Cheryl Mellin, wife of Frederick Mellin, hereby consents to entry of this Order, and specifically consents to the terms set forth in paragraph 7 of the Order.


_____
CHERYL MELLIN

State of _____
County of _____

SWORN TO and SUBSCRIBED before me this
_____day of August, 2007.

_____
Notary Public
My Commission Expires:_____    (SEAL)

15

## CONSENTS CONTINUED:

Andrew Murray hereby consents to entry of this Order, and specifically consents to the terms set forth in paragraph 7 of the Order.

_____
ANDREW MURRAY

State of _____
County of _____

SWORN TO and SUBSCRIBED before me this
_____day of August, 2007.

_____
Notary Public
My Commission Expires:_____   (SEAL)


Rose Marie Murray, wife of Andrew Murray, hereby consents to entry of this Order, and specifically consents to the terms set forth in paragraph 7 of the Order.

_____
ROSE MARIE MURRAY

State of _____
County of _____

SWORN TO and SUBSCRIBED before me this
_____day of August, 2007.

_____
Notary Public
My Commission Expires:_____   (SEAL)

16

**CONSENTS CONTINUED:**

Clare Zipperly, wife of Defendant Richard Zipperly, hereby consents to entry of this Order, and specifically consents to the terms set forth in paragraph 7 of the Order.

_____
CLARE ZIPPERLY

State of _____
County of _____

SWORN TO and SUBSCRIBED before me this _____day of August, 2007.

_____
Notary Public
My Commission Expires:_____   (SEAL)